# United States District Court
## Northern District of Illinois
### Eastern Division

Nolan                                               **JUDGMENT IN A CIVIL CASE**

              v.                                               Case Number: 10 C 7357

Village of Dolton, et al.

- ■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against the defendants. Plaintiff awarded compensatory damages in the amount of $40,000.00 and punitive damages in the amount of $10,000.00.

Thomas G. Bruton, Clerk of Court

Date: 1/9/2013                                      _____
                                                        /s/ Michael Dooley, Deputy Clerk