IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ZEVAH NOLAN, ) | |
| Plaintiff, ) | |
| v. ) | No: 10 cv 7357 |
| ) | |
| VILLAGE OF DOLTON, Municipal ) | Judge Joan Lefkow |
| Corporation and Body Politic and SGT. A. ) | |
| BANKHEAD, ) | |
| Defendants. ) | |

## AGREED MOTION TO VACATE AND ENTER AGREED DISMISSAL ORDER PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, ZEVAH NOLAN, by and through her attorney, Thomas C. Crook, and Defendants, VILLAGE OF DOLTON and SGT. BANKHEAD ("Defendants"), by and through their attorneys, Querrey & Harrow, Ltd., and move this Honorable Court to enter the attached Agreed Order (Ex. A) vacating the judgment entered on January 9, 2013 and dismissing this matter in its entirety with prejudice and without costs pursuant to settlement among the parties.

Respectfully Submitted,

Zevah Nolan, Plaintiff

By: s/ Thomas C. Crooks
       Thomas C. Crooks

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: 312-641-2260
Facsimile: 312-641-5220

Village of Dolton and Sgt. Bankhead, Defendants

By: s/ Larry S. Kowalczyk
       Larry S. Kowalczyk

Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 W. Jackson, Suite 1600
Chicago, Illinois 60604
Telephone: 312-540-7000
Facsimile: 312-540-0578