# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ZEVAH NOLAN, )<br>    **Plaintiff,** )<br> v. )<br> )<br>**VILLAGE OF DOLTON,** Municipal )<br>Corporation and Body Politic and SGT. A. )<br>BANKHEAD, )<br> )<br>    **Defendants.** ) | No. 10 cv 7357<br><br>Judge Joan Lefkow |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the parties' Agreed Motion to Vacate and Enter Agreed Dismissal Order Pursuant to Settlement:

**IT IS HEREBY ORDERED** that the judgment entered on January 9, 2013 is hereby vacated, and the matter is dismissed in its entirety with prejudice and without costs pursuant to settlement among the parties.

ENTERED on this _____ day of _____, 2013.


              ENTER:_____
                  Judge Joan Lefkow